**Ruth TOFLE, Plaintiff/Appellant,**

v.

**Paul K. OSCARSON, May Department Stores, Defendants/Respondents.**

**No. 57699.**

Missouri Court of Appeals,
Eastern District,
Division One.

Jan. 15, 1991.

Motion for Rehearing and/or Transfer to Supreme Court Denied Feb. 27, 1991.

Ruth Tofle, St. Louis, pro se.

Mary Virginia Schmidtlein, St. Louis, for defendants/respondents.

## ORDER

PER CURIAM.

Plaintiff appeals an adverse trial court decision in a judge-tried, vehicular negligence case.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).